UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cr-00059-HDM-WGC |
| | ) | |
| vs. | ) | |
| | ) | MINUTES OF COURT |
| WILLIAM HOWARD BOYD, | ) | |
| aka William Harold Boyd (True Name), | ) | |
| | ) | Tuesday, October 16, 2012 |
| Defendant. | ) | |

**PROCEEDINGS:**   Evidentiary Hearing Re: Defendant's [23] Motion to Suppress

**PRESENT:**
THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:**  Paris Rich       **Reporter:**  Kathryn French

**Counsel for Plaintiff:** William Reed, AUSA

**Counsel for Defendant:** Dennis Cameron, CJA

At 10:30 a.m., the Court convenes

The Defendant (On Bond) is present with counsel Dennis Cameron.

William Reed is present on behalf of the Government.

Pursuant to Mr. Cameron's request, the Court invokes the rule of exclusion of witnesses from the Courtroom.

SAMUEL BENJAMIN COLLING, called on behalf of the Government, is sworn, examined on direct by Mr. Reed, examined by the Court, cross-examined by Mr. Cameron, and excused.

LOUIE ALBERTO, Emergency Medical Technician for REMSA, called on behalf of the Government, is sworn, examined on direct by Mr. Reed, cross-examined by Mr. Cameron, examined by the Court, and released subject to recall.

MATTHEW SCOTT PETERSEN, Patrol Officer, Reno Police Department, called on behalf of the Government, is sworn, examined on direct by Mr. Reed, cross-examined by Mr. Cameron, examined by the Court, and excused.

The Government rests.

STEPHEN DALE WAMPLER, called on behalf of the Defendant, is sworn, examined on direct by Mr. Cameron, cross-examined by Mr. Reed, examined by the Court, and excused.

The Defense rests.

Witness Louie Alberto is excused by the Court.

Mr. Reed presents closing argument.  Mr. Cameron presents closing argument.  Mr. Reed presents rebuttal argument.

At 12:13 p.m., the Court recites findings.

**IT IS ORDERED, [23] Motion to Suppress is DENIED.  IT IS SO ORDERED.**

The Court inquires regarding the Defendant's name as set forth in [1] Indictment (William Howard Boyd) and [24] Superseding Indictment (William Harold Boyd).  **The Court finds the Defendant's TRUE NAME is WILLIAM HAROLD BOYD.**

Jury Trial remains set for Tuesday, October 30, 2012 at 9:00 a.m.  Proposed Jury Instructions and Proposed Voir Dire are due by Tuesday, October 23, 2012.

The Court proceeds with Calendar Call in this matter.

The Court and counsel confer.  Mr. Cameron states the Government has forwarded a proposed plea memorandum which he will be reviewing with the Defendant.

The Court confirms any change of plea could be heard either on October 18, 2012 or October 24, 2012.  Counsel shall advise the Courtroom Deputy forthwith regarding any request of a change of plea date.

The Court addresses the Defendant's [10] Bond status.

Mr. Cameron presents statements with request for the Defendant's continued release on Bond.

Mr. Reed presents statements with respect to the Government's previous argument on July 18, 2012 for the Defendant's detainment.  The Court and counsel further confer.

At 12:36 p.m., the Court orders a brief recess for review of the Defendant's Pretrial Services report.

At 12:44 p.m. the Court reconvenes.

The Defendant (On Bond) is present with counsel Dennis Cameron.

William Reed is present on behalf of the Government.

USA v. BOYD                                                          October 16, 2012
3:11-cr-00059-HDM-WGC                                                   Page 3 of 3

---

Pretrial Services Officer Jennifer Simone is present.

The Court, counsel and Ms. Simone confer regarding the Defendant's criminal history, the Defendant's current pretrial release conditions, and the Defendant's compliance on current pretrial release conditions.

Ms. Simone recites recommendation for the Defendant to be continued on current conditions of pretrial release.  Mr. Cameron concurs.  The Court and counsel further confer.

**IT IS ORDERED, the Defendant is continued on all currently imposed conditions of pretrial release with the additional modification as follows: (1) When the Defendant appears in person for scheduled drug testing, he shall also be tested for alcohol.  IT IS FURTHER ORDERED, any violations by the Defendant shall result in an immediate warrant for the Defendant's arrest to issue.  IT IS SO ORDERED.**

At 1:07 p.m., the Court adjourns.

                                                    LANCE S. WILSON, CLERK


                                                    By: /s/ Paris Rich
                                                          Deputy Clerk